| | |
|---|---|
| 1 | Michael J. McGaughey (State Bar No. 198617) |
| | LOWENSTEIN SANDLER LLP |
| 2 | 445 S. Figueroa St., Suite 3177 |
| | Los Angeles, CA  90071 |
| 3 | T (213) 426-2170 |
| | F (973) 597-6233 |
| 4 | mmcgaughey@lowenstein.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | SUE MILLS, INC. |

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELON AVISAR, on behalf of himself and all other similarly situated, | Case No. 3:15-cv-05370-JCS |
| Plaintiff, | |
| vs. | **STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT SUE MILLS, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |
| SUE MILLS, INC., a California corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Elon Avisar and Defendant Sue Mills, Inc. ("Sue Mills"), by their undersigned counsel, hereby stipulate as follows:

WHEREAS, on or about October 26, 2015, plaintiff filed a complaint against Sue Mills in the Superior Court of the State of California;

WHEREAS, on November 24, 2015, Sue Mills removed the state action to this Court pursuant to 28 U.S.C. § 1441(a); and

WHEREAS, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Sue Mills' must answer, move or otherwise respond to the complaint within seven (7) days after Sue Mills filed the notice of removal.

NOW THEREFORE, pursuant to Civ. L.R. 6-1(a), plaintiff and Sue Mills hereby respectfully stipulate that Sue Mills' time to answer, move or otherwise respond to the complaint shall be extended up to and including December 11, 2015.

Dated: November 25, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/   Michael J. McGaughey
Michael J. McGaughey
445 S. Figueroa St., Suite 3177
Los Angeles, CA  90071
T (213) 426-2170
F (973) 597-6233
mmcgaughey@lowenstein.com

Attorneys for Defendant
SUE MILLS, INC.

Dated: November 25, 2015

**GAINES & GAINES, APLC**

/s/   Alex P. Katofsky, Esq.
Alex P. Katofsky, Esq.
27200 Agoura Rd., Suite 101
Calabasas, CA 91301
T (818) 703-8985
F (818) 703-8984
alex@gaineslawfirm.com

Attorneys for Plaintiff
ILON AVISAR

Dated: 11/30/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION RE: EXTENSION OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO THE COMPLAINT