UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELON AVISAR,<br><br>           Plaintiff,<br><br>    v.<br><br>SUE MILLS, INC.,<br><br>           Defendant. | Case No. 3:15-cv-05370-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 26. Consequently, the Court dismisses this case without prejudice and vacates the Motion to Dismiss hearing currently scheduled for January 27, 2016. If any party certifies to the Court by February 24, 2016 that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed by February 24, 2016, the dismissal will be with prejudice after that date.

**IT IS SO ORDERED.**

Dated: January 25, 2016

JAMES DONATO
United States District Judge